COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Mack Watson, Jr. v. The State of Texas

Appellate case number:      01-21-00281-CR

Trial court case number:    1520070

Trial court:                263rd District Court of Harris County

Appellant, Mack Watson, Jr., timely filed a notice of appeal of from the trial court's May 25, 2021 Judgment of Conviction by Jury. Appellant's brief was initially due to be filed by October 25, 2021. *See* TEX. R. APP. P. 38.6(a). On October 19, 2021, we granted appellant's first request for an extension of time, extending the deadline for appellant to file his brief to December 10, 2021.

On December 10, 2021, appellant filed his second motion to extend the deadline to file his brief. In his motion, appellant requests the extension because "multiple exhibits . . . are missing from the" reporter's record, and the missing exhibits are necessary "for an appropriate assessment of any potential appellate issues." Appellant further states that a request has been made to the court reporter for the preparation of a supplemental reporter's record including the missing exhibits. *See* TEX. R. APP. P. 34.6(d).

Appellant requests that the deadline for filing his appellant's brief be extended to thirty days after the filing of the supplemental reporter's record. The motion is **granted**.

Appellant's brief is due to be filed **within thirty days of the filing of the supplemental reporter's record requested by appellant**. Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
☑ Acting individually     ☐ Acting for the Court

Date: ___December 16, 2021_____